## Commonwealth *v.* Henderson, Appellant.

Submitted November 13, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Watkins, Appellant.

Submitted November 12, 1970. *H. David Rothman*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment affirmed.